Duck *v.* Liberty Mills, Inc., et al.

No. 42589          February 18, 1963          149 So. 2d 849

*Calvin B. Wells,* Natchez, for appellant.

*Daniel, Coker & Horton,* Jackson, for appellees.

G<span>ILLESPIE</span>, J.

(Hn 1) The attorney-referee, the full commission, and the circuit court all denied compensation to appellant. The question was one of fact whether appellant sustained her injuries on the job or elsewhere. The testimony was in conflict and there was substantial evidence to support the commission's finding against claimant. The

substantial evidence rule has been stated and applied so many times, as evidenced by the long list of cases cited in Dunn's Workmen's Compensation, Sec. 179, 1963 Cumulative Supplement, that further illustration of the rule is not needed. The order of the commission is affirmed.

Affirmed.

*McGehee, C. J., and Ethridge, Rodgers and Jones, JJ.,* concur.